IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  STEVEN FLORES
        and LORA LEE FLORES
                                        Case Number: 07-10751-JKC-13
        Debtors

## NOTICE OF CONVERSION TO CHAPTER 7

Come now the Debtors by counsel, Rudolph Wm. Savich, and convert their case to a proceeding under Chapter 7.

Respectfully submitted,

/s/ Rudolph Wm. Savich
Rudolph Wm. Savich, #1582-53
Attorney for Debtors
205 N. College Ave., Ste. 315
Bloomington, IN 47404
Tel. (812) 336-7293
Fax (812) 336-7268
Email: rsavich@aol.com

## CERTIFICATE OF SERVICE

The undersigned certified that a the foregoing pleading was filed electronically which will result in notice of the filing thereof being sent electronically by the Clerk's ECF system to:

U.S. Trustee
Chapter 13 Trustee

this 13th day of April, 2009.

/s/ Rudolph Wm. Savich
Rudolph Wm. Savich