UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:
    STEVEN FLORES
    and LORA LEE FLORES
                                             Case No.  07-10751-JKC-7
        Debtors

## MOTION TO DECONSOLIDATE CASE

Come now the Debtors by counsel and move to deconsolidate their joint case in order to allow, Joint Debtor, Lora Lee Flores to proceed to a Chapter 7 Discharge and to allow Debtor, Steven Flores to reconvert to Chapter 13.

WHEREFORE, Debtors pray that their case be deconsolidated and for all other appropriate relief.


Date: August 20, 2009                                      /s/ Rudolph Wm. Savich
                                                                   Rudolph Wm. Savich
                                                                   Attorney for the Debtors
                                                                   Telephone number: (812) 336-7293

## CERTIFICATE OF SERVICE

      I certify that the foregoing motion has been filed electronically on August 20, 2009 which is expected to result in electronic notice being automatically provided to:

**Robert A Brothers**
151 N Delaware St Ste 1400
Indianapolis, IN 46204
Email: ecfmail@bobbrothersch13.com

**U.S. Trustee**
101 W. Ohio St.. Ste. 1000
Indianapolis, IN 46204
Email: ustpregion10.in.ecf@usdoj.gov

**Rex M Joseph**
5150 E Stop 11 Rd Ste 12
Indianapolis, IN 46237

                                                /s/ Rudolph Wm. Savich
                                                Rudolph Wm. Savich

RUDOLPH WM. SAVICH
Attorney at Law
205 North College Ave., Ste. 315
Bloomington, IN 47404-3952
Tel. (812) 336-7293