SO ORDERED: August 24, 2009.



James K. Coachys
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

SF00302 (rev 04/2008)

In Re:
   Steven Flores
      SSN: xxx−xx−5090   EIN: NA

   Lora Lee Flores
      SSN: xxx−xx−2238   EIN: NA
   Debtor(s)

Case Number:
**07−10751−JKC−7**

### ORDER DECONSOLIDATING CASE

  A Motion to Deconsolidate Joint Case was filed on August 20, 2009 by Debtor Steven Flores and Joint Debtor Lora Lee Flores. The Court, having reviewed the motion together with the record in the above−captioned case and being duly advised, finds that the case should be deconsolidated and a new case number should be assigned to Debtor Steven Flores.

  IT IS THEREFORE ORDERED that the Motion to Deconsolidate is GRANTED.

###