# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: bmorris | Date Created: 8/25/2009 |
| Case: 07−10751−JKC−7 | Form ID: pdfOrdAC | Total: 63 |

**Recipients of Notice of Electronic Filing:**
tr          Rex M Joseph          trusteermjoseph@sbcglobal.net
aty         John E Joseph         USDCSDECFBK@feiwellhannoy.com
aty         Rudolph W. Savich     rsavich@aol.com

                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Steven Flores          P.O. Box 386          Ellettsville, IN 47429
jdb         Lora Lee Flores        303 Tecumseh Drive    Ellettsville, IN 47429
cr          Household Bank (SB) N.A      Bass &Associates, P.C      3936 E. Ft. Lowell Rd. Suite 200      Tucson, AZ 85712−1083
cr          PRA Receivables Management, LLC      PO Box 41067       Norfolk, VA 23541
cr          eCAST Settlement Corporation         POB 35480          Newark, NJ 07193−5480
cr          Roundup Funding, LLC      MS 550      PO Box 91121      Seattle, WA 98111−9221
cr          National Capital Management, LLC     8245 Tournament Drive, Ste. 230      Memphis, TN 38125
cr          Stevie Deckard IU Credit Union       PO Box 368         Bloomington, IN 47402
cr          Wells Fargo Financial Indiana, Inc.  4137 121st St      Urbandale, IA 50323
7837176     Bloomington Hospital      PO Box 1149        Bloomington, IN 47402
7897592     CAPITAL ONE BANK       C/O TSYS DEBT MANAGEMENT      PO BOX 5155     NORCROSS, GA 30091
7837177     Capital One       PO Box 60024       City Of Industry, CA 91716−0024
7965692     Cato Corporation      P O Box 740933      Dallas,Tx 75374
7837178     Cato Credit       PO Box 100005      Lawrenceville, GA 30046−7005
8032271     Chase Bank USA,N.A.      P O Box 740933     Dallas, TX 75374
7837179     ChaseCardmember Service     PO Box 94014     Palatine, IL 60094−4014
8937980     Collection Associates      PO Box 349        Greensburg, IN 47240
7990117     Dell Financial Services, LP      c/o Resurgent Capital Services      P.O. Box 10390      Greenville, SC 29603−0390
7837180     Delll Financial Services     PO Box 6403       Carol Stream, IL 60197−6403
7896133     Elan Financial Services?     PO Box 5229       Cincinnati, OH 45201
7859009     GE Consumer Finance      For GE Money Bank      dba H H GREGG      PO Box 960061      Orlando FL 32896−0661
7859162     GE Consumer Finance      For GE Money Bank      dba MOHAWK      PO Box 960061      Orlando FL 32896−0661
7837181     GE Money Bank      PO Box 981127      El Paso, TX 79998−1127
8937984     GLA Collection Company      Dept#002      PO Box 7728      Louisville, KY 40257
7837182     GMAC Mortgage      PO Box 9001719      Louisville, KY 40290−1719
7862505     GMAC Mortgage Corporation       500 Enterprise Road      Suite 100      Horsham, PA 19044
7837183     Gordon's Credit Plan       Processing Center      Des Moines, IA 50364−0001
7837184     H Clark Brewer DDS       800 South College Ave Ste C      Bloomington IN 47403−2565
7837185     HH Gregg/GEMB       PO Box 981439     El Paso, TX 79998−1439
7937242     Household Bank (SB), N.A.      eCAST Settlement Corporation      c/o Bass &Associates, P.C.      3936 E. Ft. Lowell Rd., Suite 200      Tucson, AZ 85712
7837186     IUCU       PO Box 368      Bloomington, IN 47402−0368
7837187     Kohl's      Kohl's Payment Center       PO Box 2983      Milwaukee, WI 53201−2983
7914504     LVNV Funding LLC its successors and assigns       c/o Resurgent Capital Services       PO Box 10587      Greenville, SC 29603−0587
7837188     Lowes       PO Box 530914      Atlanta, GA 30353−0914
7957408     MACYS RETAIL HOLDINGS, INC.       TSYS DEBT MGMT., INC.       PO BOX 137      COLUMBUS, GA 31902−0137
7837189     Macy's       111 Boulder Industrial Dr.       Bridgeton, MO 63044
7837190     Menards       Retail Services      Dept 7680       Carol Stream, IL 60116−7680
7837191     Monroe Bank Visa       Cardmember Services      PO Box 790408      St. Louis, MO 63179−0408
8937985     Monroe Hospital       3368 W Fullerton Pike      Bloomington, IN 47403
7837192     Old Navy       PO Box 530942      Atlanta, GA 30353−0942
7837193     Promptcare/ Center For Occ Health       3443 West Third St      Bloomington, IN 47404
8937983     Rebecca Brewer MD       PO Box 7795      Bloomington, IN 47407
8017168     Roundup Funding, LLC       MS 550      PO Box 91121      Seattle, WA 98111−9221
7837451     Rudolph Wm. Savich       205 North College Avenue      Graham Plaza Suite 315      Bloomington, IN 47404
7837194     Sears Credit Cards       PO Box 183082      Columbus, OH 43218−3082
7837195     Southern Indiana Endodontics PC       641 South Walker, Ste. C      Bloomington, IN 47403
8937986     Southern Indiana Pediatrics       350 S Landmark Ave      Bloomington, IN 47403
8937981     Southern Indiana Radiological       PO Bopx 4366      Bloomington, IN 47402
7837196     Target National Bank       PO Box 59317      Minneapolis, MN 55459−8918
7878817     Target National Bank       c o Weinstein and Riley, PS      po box 3978      seattle, WA 98124−3978
7837197     Unity Physician Group       P.O. Box 4777      Bloomington, IN 47402−4777
8937982     Unity Physician Group       PO Box 4777      Bloomington, IN 47402

| | | | | |
|---|---|---|---|---|
| 7837198 | Wal–Mart | PO Box 530927 | Atlanta, GA 30353–0927 | |
| 7837200 | Wells Fargo Financial | 901 College Mall Rd. | Bloomington, IN 47401 | |
| 7837199 | Wells Fargo Financial | 901 College Mall Rd. | Bloomington, IN 47401–6302 | |
| 7852912 | Wells Fargo Financial Bank | Attn Payment Processing | PO Box 14487 | Des Moines IA 50306 |
| 7837201 | Wells Fargo Financial Bank | PO Box 98751 | Las Vegas, NV 89193–8751 | |
| 7848333 | Wells Fargo Financial Indiana, Inc | 4137 121st st | Urbandale, IA 50323 | |
| 7837202 | Zales Credit Plan | Processing Center | Des Moines, IA 50364–0001 | |
| 7985464 | eCAST Settlement Corporation assignee of | GE Money Bank/WalMart | POB 35480 | Newark NJ 07193–5480 |

TOTAL: 60